# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

LORI A. EVERSON

           V.           CASE NUMBER: 6:08-CV-110(FJS/RFT)

COMMISSIONER OF SOCIAL SECURITY

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, dismissing the complaint pursuant to the Order of the Hon. Frederick J. Scullin, Jr., filed on June 17, 2008.

DATED:     June 17, 2008

                                                              Clerk of Court

LKB:lmp